[No. 4670.]

LUNNEY, CLERK AND RECORDER OF ADAMS COUNTY, ET
AL., V. BROMLEY ET AL.

**Opinion Followed.**

Writ of error dismissed upon the opinion in the case of Mont-
clair v. Thomas, ante, p. 327.

*Error to the County Court of the City and County of
Denver.*

Mr. C. H. PIERCE, for plaintiffs in error.

Mr. GEORGE S. REDD and Mr. GEORGE STIDGER, for
defendants in error.

*Per Curiam.*—Precisely the same question is
raised here that was decided in *Montclair v. Thomas,
ante,* p. 327. There is some doubt about the jurisdic-
tion of the court, for it may be that the determination
of the present controversy entirely depends upon a
construction of the statute known as the Parks' bill.
If that is so, we would not have jurisdiction to en-
tertain the writ of error. But if there is necessarily
involved a construction of section 1 of article 20 of
our constitution, our jurisdiction is properly invoked.

The result, however, is the same whether or not
we have jurisdiction; for, if we have it, this writ of
error must be dismissed because the decision in the
Montclair case, *supra,* is controlling, and the judg-
ment below, here attacked, is in accord with our con-
clusion in that case. If jurisdiction does not attach,
a dismissal follows for that reason.

The writ of error is therefore dismissed.

*Writ of error dismissed.*